UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LOCAL 682 HEALTH AND WELFARE TRUST FUND, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case No.: 4:05CV00824RWS ) |
| STATEWIDE EXCAVATING, L.L.C., | ) ) ) |
| Defendant. | ) |

## JUDGMENT

This matter comes to the Court after due notice to the Defendant. Defendant remains in default. Based upon evidence presented by the Plaintiffs, the Court enters judgment against Defendant as follows:

In favor of Plaintiffs, Local 682 Health and Welfare Trust Fund and its Trustees, Twenty-two thousand two hundred sixty-nine dollars and sixty-five cents ($22,269.65) for unpaid contributions due pursuant to 29 U.S.C. §1132(g)(2)(A) and based on the accompanying affidavits; One thousand seven hundred twenty-nine dollars and thirty-six cents ($1,729.36) for interest on the foregoing unpaid contributions due pursuant to 29 U.S.C. §1132(g)(2)(B); One thousand seven hundred twenty-nine dollars and thirty-six cents ($1,729.36) for interest in lieu of liquidated damages pursuant to 29 U.S.C. §1132(g)(2)(C)(i), for a total of Twenty-five thousand seven hundred twenty-eight dollars and thirty-seven cents ($25,728.37).

For Plaintiffs' attorneys' fees in the amount of One thousand six hundred sixty-two dollars and fifty cents ($1,662.50) and Plaintiffs' costs in the amount of Three hundred thirty-seven dollars and seventy-one cents ($337.71) based on the accompanying affidavits and pursuant to 29 U.S.C.

§ 1132(g)(2)(D).

| | |
|---|---|
| Contributions | $22,269.65 |
| Interest | $1,729.36 |
| Interest in lieu of liquidated damages | $1,729.36 |
| Attorney's fees | $1,662.50 |
| Costs | $337.71 |
| **Total** | **$27,728.58** |

Entered at St. Louis, Missouri on this  13th  day of October , 2005.

_____
UNITED STATES DISTRICT JUDGE

2